SEABOARD AIR LINE RAILWAY COMPANY, A CORPORATION, *Plaintiff in Error,* v. FLORIDA CITRUS EXCHANGE, A CORPORATION, *Defendant in Error.*

Division B.

Opinion Filed February 14, 1925.

A Writ of Error to the Circuit Court for Lake County; J. C. B. Koonce, Judge.

*Edward S. Bridges,* for Plaintiff in Error;

*Scarlett & Jordan,* for Defendant in Error.

PER CURIAM.—Upon a full consideration it appears that the evidence herein, taken as an entirety, does not fairly sustain the amount of damages awarded by the judgment; therefore a new trial should be granted, a remittitur not being deemed appropriate.

Reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

TAYLOR, C. J., AND ELLIS AND BROWNE, J. J., concur in the opinion.